**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01031-CR

**JERRY PAUL HERRON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-40878-U**

## ORDER

The Court **ORDERS** court reporter Karren Jones to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 5, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karren Jones, court reporter, and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE